CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER )
1718 Connecticut Ave., NW )
Suite 200 )
Washington, DC 20009 )
)
      Plaintiff, )
)
v. )
) Civil Action No. _____
DRUG ENFORCEMENT ADMINISTRATION )
8701 Morrissette Drive )
Springfield, VA 22152 )
)
      Defendant )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for the Electronic Privacy Information Center ("EPIC"), certify that to the best of my knowledge and belief, EPIC is a District of Columbia corporation with no parent company. No publicly held company holds more than 10% of stock in EPIC.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Ginger McCall, Esquire (DC Bar #1001104)
Electronic Privacy Information Center
1718 Connecticut Ave., NW
Suite 200
Washington, DC 20009
202-483-1140