FOIA Summnos
12/11

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center )
_____ )
             *Plaintiff* )
              )
         v. )   Civil Action No. 14-317 EGS
Drug Enforcement Administration )
_____ )
             *Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*

        United States Attorney for the District of Columbia
        c/o Civil Process Clerk
        555 4th St. NW
        Washington, DC 20530

    A lawsuit has been filed against you.

    Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Ginger McCall
        Electronic Privacy Information Center
        1718 Connecticut Ave., NW
        Suite 200
        Washington, DC 20009

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:  2/27/14

/s/ Michael Darby
_____
*Signature of Clerk or Deputy Clerk*