# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION CENTER, )
                                               )
          Plaintiff                )
                                               )
          v.                     )     Civil Action No. 14-cv-317 (EGS)
                                               )
DRUG ENFORCEMENT ADMINISTRATION,   )
                                             )
          Defendant             )
                                             )

## JOINT RESPONSE TO THE COURT'S ORDER FOR MEET AND CONFER REPORT

The parties conferred by telephone on April 28, 2014, as directed by the Court's April 8, 2014, Order for Meet and Confer Report, ECF No. 8, and jointly respond to the Court's Order as follows:

1.      This is an action for injunctive and other relief under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. Plaintiff Electronic Privacy Information Center (EPIC) filed its complaint against defendant Drug Enforcement Administration (DEA) on February 26, 2014. The DEA served its answer on April 7, 2014.

2.      As a FOIA action, this action is exempted by Local Civil Rule 16.3(b)(9) of this Court from the initial disclosure requirement of Rule 26(a)(1)(E) of the Federal Rules of Civil Procedure and the conference requirements of Rules 16(b) and 26(f) and Local Civil Rule 16.3.

3.      Defendant DEA anticipates that it will complete its response to the plaintiff's FOIA request by June 23, 2014. The parties propose that after the DEA has completed its response, the parties can confer regarding the status of the case and propose (by July 3, 2014) a schedule for further proceedings to resolve any remaining disputes.

4.     The parties have discussed whether the case could benefit from alternative dispute resolution (ADR). Neither party believes that alternative dispute resolution is likely to be beneficial at this point.

A proposed order is attached.

Date:  May 12, 2014

MARC ROTENBERG, D.C. Bar # 422825
EPIC President


GINGER P. MCCALL, D.C. Bar # 1001104
JULIA HORWITZ, D.C. Bar #1018561
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

JOHN R. TYLER
Assistant Branch Director


JAMES C. LUH
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave NW
Washington DC 20530
Tel: (202) 514-4938
Fax: (202) 616-8460
E-mail: James.Luh@usdoj.gov
Attorneys for Defendant

2