# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br><br>v. )<br><br>DRUG ENFORCEMENT ADMINISTRATION )<br><br>Defendant. ) | No. 1:14-cv-00317 (EGS) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff Electronic Privacy Information Center hereby opposes Defendant Drug Enforcement Administration's motion for summary judgment, and cross-moves for summary judgment pursuant to Federal Rule of Civil Procedure 56(a). EPIC respectfully refers the Court to the accompanying memorandum in support of this cross-motion.

Dated: December 1, 2014

Respectfully submitted,

MARC ROTENBERG
President and Executive Director

*/s/ Ginger P. McCall*
GINGER P. MCCALL
D.C. Bar # 1101104

JULIA HORWITZ
D.C. Bar # 1018561

ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Ave, NW #200
Washington, DC 20009
Telephone: (202) 483-1140
Fax: (202) 483-1248
foia@epic.org

Attorneys for Plaintiff