Civil Action No. 14-cv-317 (EGS)

# EXHIBIT 2
# Unredacted pages for in camera review