Civil Action No. 14-cv-317 (EGS)

EXHIBIT 3
Corresponding pages from Declaration of Katherine L. Myrick, ECF No. 15, and Second Declaration of Katherine L. Myrick, ECF No. 16

(b)(7)(A),(b)(7)(D),(b)(7)(E)

# Understanding the Results Email

HEMISPHERE
7E-7
7E-11
7E-4
7E-3
7E-7

- **Scanned Copy of Original Request**
  - ("HH Task… ,pdf") - A scanned copy of the packet that the Hemisphere [redacted] receive
    - *- The packet will contain additional documents (including our [redacted] added by the Hemisphere Project*

7E-4
7E-11
Scanned Copy of the Original Request
A scanned copy of the packet that
receive
the Hemisphere
includes
7E-7
(b)(6),(b)(7)(A),(b)(7)(C),(b)(7)(D),(b)(7)(E),(b)(7)(F)

(b)(7)(A),(b)(7)(D),(b)(7)(E)

7E-11

7E-11
7E-2
6-1, 7C-1, 7E-8, 7F-1
7E-3
7E-7
7D-1, 7E-6
7E-4
7E-1
)(6),(b)(7)(A),(b)(7)(C),(b)(7)(D),(b)(7)(E),(b)(7)(F)